UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CAUSE NO. 3:09-CR-104(01) RM |
| ) | |
| MARIO TRUJILLO-SALAZAR ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on October 22, 2009 [Doc. No. 17]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Mario Trujillo-Salazar's plea of guilty, and FINDS the defendant guilty of Count 2 of the Indictment, in violation of 42 U.S.C. §408(a)(7)(B).

SO ORDERED.

ENTERED:  November 12, 2009

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court